AO 254B (REV. 12/03) Judgment in a Criminal Case
Sheet 1

# United States District Court
### Western District Of Oklahoma

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| V. | CASE NUMBER: CR-14-123-3-C |
|  | USM NUMBER: 28890-064 |
| **PATRICIA CARTER** |  |
|  | Joseph L. Wells |
|  | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   Three (3) of Indictment                                                                   .

☐ pleaded nolo contendere to count(s) _____, which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

**The defendant is adjudicated guilty of these offenses:**

| Title & Section | Nature of Offense | Offenses Ended | Count |
|---|---|---|---|
| 18:1516 & 18:2 | obstruction of Federal Audit; aid & abet | February 12, 2012 | 3 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____.

☒ Count(s) 1-2 and 4-39 of indictment          ☐ is  ☒ are  dismissed on the motion of the United States.

☒ It is ordered that the defendant shall pay a special assessment of $ 100  for count(s)  3 of Indictment,  which shall be due immediately.

   IT IS FURTHER ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the Court and the United States Attorney of any material change in the defendant's economic circumstances.

February 3, 2015
Date of Imposition of Judgment

*Robin J. Cauthron* (signature)
ROBIN J. CAUTHRON
United States District Judge

February 11, 2015
Date Signed

AO 245B (Rev. 12/03) Judgement in a Criminal Case:
    Sheet 4 - Probation

Judgment— Page   2   of   3  

DEFENDANT:    CARTER, PATRICIA
CASE NUMBER:    CR-14-123-3-C

## PROBATION

The defendant is hereby sentenced to probation for a term of **thirty-six (36) months.**

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter as determined by the court.

☒ **The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse**. (Check if applicable.)

☒ **The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)**

☒ **The defendant shall cooperate in the collection of DNA as directed by the probation officer if the collection of such a sample is authorized pursuant to Section 3 of the DNA Analysis Backlog Elimination Act of 2000.**

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer within 10 days of any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev.. 3/01) Judgment in a Criminal Case
Sheet 4C  Probation

| | | |
|---|---|---|
| DEFENDANT: | CARTER, PATRICIA | PAGE __3__ OF _3__ |
| CASE NUMBER: | CR-14-123-3-C | |

**SPECIAL CONDITIONS OF SUPERVISION**

The defendant is ordered to complete 104 hours of community service within the first year of supervised release as directed by the probation officer.

The defendant shall participate in a program of mental health aftercare at the direction of the probation officer.  The court may order that the defendant contribute to the cost of services rendered (copayment) in an amount to be determined by the probation officer based on the defendant's ability to pay.

The court suspends the requirement for mandatory urine screening pursuant to 18 U.S.C. §3583(d). The court specifically retains, however, the probation officer's authority under 18 U.S.C. §3603 to administer drug testing for cause as a suitable method for monitoring the defendant's compliance with the standard condition of supervision prohibiting the use of controlled substances.