# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

**NOTICE**

vs

Case Number: CR-14-123-C

PAULA KLUDING

---

Type of Case           \_CIVIL        XXX\_CRIMINAL

---

*TAKE NOTICE*
That a proceeding in this case has been scheduled for the place, date and time set forth below:

---

Place: U.S. Courthouse                              COURTROOM NO. 501
    200 N. W. 4th Street                              **DATE AND TIME**
    Oklahoma City, Ok.  73102

              **Tuesday, July 28, 2015 at 9:00 a.m.**

---

TYPE OF PROCEEDING

        Sentencing

---

TAKE  NOTICE: that the proceeding in this case has been rescheduled as indicated:

---

Place: U.S. Courthouse                          **Date and Time Previously Scheduled**
   200 N.W. 4th Street
    Oklahoma City, Ok.  73102

---

                                     ROBIN J. CAUTHRON
                                     U. S. DISTRICT JUDGE

<u>DATE</u>:   June 12, 2015                        s/ Linda Goode
                                                 BY DEPUTY CLERK

AUSA:   Amanda Green, Jessica Perry
Dft's Counsel: Jack Pointer, Jacquelyn Ford
Interpreter:   n/a